# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 19-00958-PA (DFM) | Date: | October 23, 2019 |
|---|---|---|---|
| Title | Dion Anthony v. Los Angeles Sheriff Department et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause for Failure to Prosecute

On September 11, 2019, Plaintiff requested an extension of time to draft his Second Amended Complaint. See Dkt. 10. The Court granted Plaintiff's request and extended his deadline to October 3, 2019. See Dkt 11. Plaintiff has not filed the Second Amended Complaint. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**