JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DION ANTHONY,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGELES SHERIFF DEPARTMENT et al.,<br><br>  Defendants. | Case No. CV 19-00958-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action are dismissed with prejudice.

Date: March 25, 2021

_____
PERCY ANDERSON
United States District Judge